UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

Solomon Singer,

                    Plaintiff,                    **MEMORANDUM & ORDER**
                                                  19-CV-5992(EK)(TAM)

          -against-

Federal National Mortgage Association,

                    Defendant.

-----------------------------------x

ERIC KOMITEE, United States District Judge:

          Plaintiff Solomon Singer commenced this quiet-title

action against Defendant Federal National Mortgage Association

("FNMA") in 2019 to cancel a mortgage loan encumbering a

property located at 331 Walsh Court in Brooklyn, New York.  In a

Report and Recommendation ("R&R") dated August 11, 2022,

Magistrate Judge Taryn Merkl recommends that I deny Singer's

motion to strike FNMA's reply and grant Singer's motion for

summary judgment.  R&R, ECF No. 59.  FNMA objected on September

1, 2022, *see* ECF No. 62; Singer replied on September 15, 2022.

*See* ECF No. 66.

          A district court "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the

magistrate judge."  28 U.S.C. § 636(b)(1)(C).  The district

court must review *de novo* those portions of an R&R to which a party has specifically objected.  *Id.*; Fed. R. Civ. P. 72(b)(3).

I have reviewed Judge Merkl's comprehensive R&R and Defendant's objections thereto.  *See* ECF No. 62. Notwithstanding Defendant's objections, and viewing the facts in the light most favorable to FNMA, *see Gallo v. Prudential Residential Servs., Ltd. P'ship*, 22 F.3d 1219, 1223 (2d Cir. 1994), I concur with Judge Merkl's recommendations and conclude that Singer is entitled to summary judgment.  Thus, I adopt the R&R in its entirety.  Singer's motion for summary judgment is GRANTED.  Singer's motion to strike is DENIED, also for the reasons stated in the R&R.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    October 4, 2022
          Brooklyn, New York